PCM: USAO# 20145R00027

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 AUG -5 PM 4: 06

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CRIMINAL NO. CCB-15-0431 |
| v. | (Possession of Firearm and Ammunition by a Felon, 18 U.S.C. § 922(g)(1); Forfeiture, 18 U.S.C. § 924(d)) |
| **MARCUS DAVIS,** | |
| **Defendant** | |

\*\*\*\*\*\*\*

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about February 5, 2015, in the District of Maryland, the defendant,

**MARCUS DAVIS,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, to wit: a Glock, model 19, 9mm luger pistol, serial number BGT276US, and ammunition, in and affecting interstate commerce.

18 U.S.C. § 922(g)(1)

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), as a result of the defendant's conviction under Count One of the Indictment.

2. As a result of the offense alleged in Count One of this Indictment, the defendant,

**MARCUS DAVIS**

shall forfeit to the United States the firearm involved in the commission of the offense, to wit:, a Glock, model 19, 9mm luger pistol, serial number BGT276US, in and affecting interstate commerce.

18 U.S.C. § 924(d)
Fed. R. Crim. P. 32.2(a)

_Rod Rosenstein/pem_
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

8-5-2015
Date